1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  TIMOTHY KUHLS
   Nevada Bar No. 13362
3  **PHILLIPS, SPALLAS & ANGSTADT, LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  Telephone (702) 938-1510
   Facsimile (702) 938-1511
6  bentzminger@psalaw.net
7  tkuhls@psalaw.net

8  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
9

10                    UNITED STATES DISTRICT COURT

11                         DISTRICT OF NEVADA

12
   LEENA KOCHHAR,                         Case No.: 2:16-cv-02245-RFB-CWH
13
                  Plaintiff,
14
   v.
15
   WAL-MART STORES, INC., a foreign
16 corporation, d/b/a WAL-MART            **STIPULATION AND ORDER FOR**
   SUPERCENTER #5070, a Nevada Corporation, **DISMISSAL WITH PREJUDICE**
17 DOES I through X, and ROE BUSINESS
   ENTITIES, inclusive,
18
                  Defendants.
19

20        IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

21 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

22
23 //
24 //
25 //
26 //
27 //
28
   party's own costs and attorney's fees.

1  DATED this 11th day of May , 2017.        DATED this 23rd day of May , 2017.

2  LAW OFFFICES OF KEVIN R. HANSEN            PHILLIPS, SPALLAS & ANGSTADT

3

4  Amy M. Wilson, Esq.                        Timothy D. Kuhls, Esq.
   5540 W. Sahara Ave., Ste. 206.             504 South Ninth Street
5  Las Vegas, Nevada 89146                    Las Vegas, Nevada 89101
6  *Attorneys for Plaintiff*                  *Attorneys for Defendant*
   *Leena Kochhar*                            *Wal-Mart Stores, Inc.*

7

8

9                              **ORDER**

10      PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it

11  is hereby:

12      ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed,

13
14  with prejudice, each party to bear that party's own costs and attorney's fees.

15      DATED this 26th day of _____ May _____, 2017.

16

17

18                                    RICHARD F. BOULWARE, II
                                      United States District Judge
19

20

21

22

23

24

25

26

27

28